UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-08560 DMG (MRWx) | Date | October 15, 2012 |
|---|---|---|---|
| Title | *Martin M. Galindo v. Wells Fargo Bank, N.A. et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY SUPERIOR COURT**

On October 5, 2012, Defendants Wells Fargo Bank, N.A. and First American Trustee Servicing Solutions, LLC, removed this action from state court on the basis of diversity jurisdiction. [Doc. #1.]

On January 13, 2012, this Court issued a decision in *Rouse v. Wachovia Mortgage, FSB*, No. CV 11-00928 DMG (DTBx), 2012 WL 174206, 2012 U.S. Dist. LEXIS 6962 (C.D. Cal. Jan. 13, 2012), in which it found that because Wells Fargo's principal place of business is in California, it is also a citizen of the State of California. The Court thereupon remanded the case to state court. Here, Plaintiff's Complaint alleges that Wells Fargo is a citizen of California. [Doc. #1, Ex. A at ¶10.] Given that Plaintiff is also a California citizen (*see id.* at ¶1) and pursuant to this Court's reasoning in *Rouse*, it appears that the parties are not diverse. Because the Complaint does not raise any federal claims, this Court lacks jurisdiction over this case.

Therefore, Wells Fargo is **ORDERED TO SHOW CAUSE** why this action should not be remanded for lack of subject matter jurisdiction. Wells Fargo shall file its response on or before **October 22, 2012**.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|